134 A.3d 448

Gary H. POWELL

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Joe Krentzman & Sons, Inc., Intervenor.

Petition of Unemployment Compensation Board of Review.

Supreme Court of Pennsylvania.

April 13, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of April, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue as stated by petitioner is:

Should a Commonwealth agency be required to allow a suspended attorney to represent a party in its hearings and proceedings?

The Office of Disciplinary Counsel's Application for Leave to File as *Amicus Curiae* in Support of Petition for Allowance of Appeal is **DENIED.** Andrew J. Ostrowski's Application to Intervene is **DENIED.**